Oswego River Realty Corporation et al., Appellants and Respondents, Impleaded with Another, *v.* Sweet Brothers Paper Manufacturing Company, Inc., Respondent and Appellant, Impleaded with Others.

(Argued April 23, 1936; decided October 6, 1936.)

506

*Charles E. Spencer, Basil B. Aylesworth* and *William A. Mackenzie* for Senoso Paper Company, Inc., plaintiff, appellant and respondent.

*Edward Schoeneck* for Oswego River Realty Corporation, plaintiff, appellant and respondent.

*Arthur E. Sutherland* for Sweet Brothers Paper Manufacturing Company, Inc., defendant, respondent and appellant.

*Per Curiam.* The judgment of the Appellate Division should be modified to eliminate any adjudication as between the plaintiffs of riparian ownership or water rights in the pool above the dam, and as so modified affirmed, without costs.

CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ., concur; LEHMAN and CROUCH, JJ., dissent from so much of the decision as holds that the water power of the Peck Mill opening is confined to the amount of water necessary to operate a two-saw mill.

Judgment accordingly.